■ LEONORE HASLBAUER et al., Appellants, v QUEENS TRANSIT CORP.,

Respondent.—In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal, on the ground of inadequacy, from a judgment of the Supreme Court, Queens County, entered March 5, 1976, which is in their favor, after a nonjury trial. Judgment affirmed, with costs. Under the circumstances presented by this record, it cannot be said that the award to plaintiff Leonore Haslbauer was inadequate. Hopkins, J. P., Margett, Damiani and Rabin, JJ., concur.